## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID T. SHULICK,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 11-3809 |
| | : | |
| **EXPERIAN, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW**, this 15th day of September, 2011, IT IS HEREBY ORDERED that the motions to dismiss filed by Department Stores National Bank (Doc. Nos. 20, 50, and 52) and VW Credit, Inc. (Doc. Nos. 21, 51, and 53) are **DENIED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.